UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JENNIFER WALSH

v.

CREDITORS FINANCIAL GROUP, LLC

JURY TRIAL DEMANDED

CASE NO. 3:07CV

307CV01221

MRK

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant's communication to plaintiff claimed that defendant is a debt collector pursuant to the FDCPA.

6. Defendant is licensed as a consumer collection agency in Connecticut.

7. Defendant is a debt collector within the FDCPA.

8. In or after July, 2007, Defendant communicated with plaintiff or others in an effort to collect an account, identifying the creditor as Chase.

9. Defendant called plaintiff and her mother in Iowa on the same date.

10. Defendant has a pattern or practice of calling a debtor and the debtor's relative contemporaneously even though defendant has location information for the debtor.

11. Defendant did not meaningfully identify itself or give notices required by law in its multiple telephone calls.

FIRST COUNT

12. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692b, -c(b), -e, -f(1), or –g.

SECOND COUNT

13. Within three years prior to the date of this action, Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

14. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY /s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net